AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

JEFFERY MURRAY,  )
      Plaintiff,  )
  )
v.  )
  )
  )  **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,  )  **CASE NO. 5:12-CV-732-D**
*Commissioner of the Social*  )
*Security Administration,*  )
      Defendant.  )

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Consent Motion to Remand [D.E. 35], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 28, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


December 28 , 2012                                     JULIE A. RICHARDS, Clerk
Date                                                       Eastern District of North Carolina

                                                              /s/Debby Sawyer
                                                              (By) Deputy Clerk

Raleigh, North Carolina